UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| JON KIRK MCKINNEY, JR.,<br><br>        Petitioner,<br><br>JOE A. LIZARRAGA,<br><br>        Respondent. | **Case No. SACV 15-422-VBF (GJS)**<br>**FINAL JUDGMENT** |

       Pursuant to the Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, Dismissing the Action with Prejudice, and Terminating the Case, final judgment is hereby entered in favor of the Respondent and against Petitioner Jon Kirk McKinney, Jr.

Dated: October 31, 2016

                                                      *Valerie Baker Fairbank*

                                                      Valerie Baker Fairbank

                                                    Senior United States District Judge